**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathon Alan Farnham, Sr. a/k/a Ronald Andrew St. Laurent; and David Lewis,<br><br>Plaintiffs,<br><br>vs.<br><br>Janice K. Brewer, et al.,<br><br>Defendants. | No. CV11-1520-PHX-DGC<br><br>**ORDER** |

One of the plaintiffs in this case, Jonathon Farnham, filed a motion to proceed in forma pauperis ("IFP"). Doc. 2. Federal civil proceedings in forma pauperis are governed by 28 U.S.C. § 1915.[1] An applicant for IFP status must credibly show that he in unable to pay court costs and that his complaint when construed liberally pleads colorable claims for relief. *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369-70 (9th Cir. 1987). Plaintiff's hardship affidavit here qualifies him for IFP status, and the complaint pleads at least one colorable claim.

---

[1] Although the statute on its face applies to actions involving prisoners, this circuit has applied it to civil cases involving non-prisoners. *E.g.*, *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369-70 (9th Cir. 1987).

**IT IS THEREFORE ORDERED** that Plaintiff Farnham's motion for IFP status (Doc. 2) is **granted**.

Dated this 1st day of September, 2011.

_____
David G. Campbell
United States District Judge