**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathon Alan Farnham, Sr. a/k/a Ronald Andrew St. Laurent; and David Lewis, <br><br>  Plaintiffs, <br><br> vs. <br><br> Janice K. Brewer, et al., <br><br> Defendants. | No. CV11-1520-PHX-DGC <br><br> **ORDER** |

One of the plaintiffs in this case, Jonathon Farnham, filed a motion to proceed in forma pauperis ("IFP"). Doc. 2. Federal civil proceedings in forma pauperis are governed by 28 U.S.C. § 1915.[1] An applicant for IFP status must credibly show that he in unable to pay court costs and that his complaint when construed liberally pleads colorable claims for relief. *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369-70 (9th Cir. 1987). Plaintiff's hardship affidavit here qualifies him for IFP status, and the complaint pleads at least one colorable claim.

---

[1] Although the statute on its face applies to actions involving prisoners, this circuit has applied it to civil cases involving non-prisoners. *E.g.*, *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369-70 (9th Cir. 1987).

| | |
|---|---|
| 1 | **IT IS THEREFORE ORDERED** that Plaintiff Farnham's motion for IFP status |
| 2 | (Doc. 2) is **granted**. |
| 3 | Dated this 1st day of September, 2011. |

_____
David G. Campbell
United States District Judge